**MARYLAND CASUALTY COMPANY, Appellant, v. E. P. PALMER, Jr., Appellee.**

No. 3517.

Court of Civil Appeals of Texas.
Beaumont.

July 6, 1939.

James F. DeLoney, of Nacogdoches, for appellant.

Francis I. Tucker, of Nacogdoches, for appellee.

O'QUINN, Justice.

This is an appeal from the County Court of Nacogdoches County. From an inspection of the record, we have concluded that the judgment must be affirmed. On the authority of Associated Indemnity Corp. et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294; Martinez v. Martinez, Tex.Civ.App., 125 S. W.2d 1119; Southwest Pump Co. v. C. F. Winfield, Tex.Civ.App., 125 S.W.2d 1119; Parker v. Miller, Tex.Civ.App., 125 S.W.2d 1119; Quality Tire Co. v. Chaddick, Tex. Civ.App., 127 S.W.2d 1040; Sagarin v. Holliday, Tex.Civ.App., 127 S.W.2d 1040; Texas & N. O. R. R. Co. v. Futch, Tex.Civ.

App., 127 S.W.2d 1040, the affirmance is without written opinion.

Affirmed.

**Norman BAKER, Appellant, v. Frank HUX, Appellee.**

No. 10499.

Court of Civil Appeals of Texas.
San Antonio.

Aug. 9, 1939.

Rehearing Denied Sept. 27, 1939.

Neel & King and M. J. Raymond, all of Laredo, John M. Jamison, of Houston, and Fred Wulff, of Laredo, for appellant.

Gordon Gibson, Horace C. Hall, Jr., and Mitchell Schwartzman, all of Laredo, for appellee.

PER CURIAM.

Affirmed without written opinion, on authority of Associated Indemnity Corporation et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.

**Charles WAIR, Appellant, v. The STATE of Texas, Appellee.**

No. 20241.

Court of Criminal Appeals of Texas.

Oct. 25, 1939.

For former opinion see 131 S.W.2d 155.

GRAVES, Judge.

We have again carefully gone over the entire record herein, and have read appellant's motion closely and with interest. It seems to us that all his contentions have been succinctly and correctly answered in the original opinion herein. We see no reason for a further discussion thereof. We remain of the views expressed in the original opinion, and the motion for a rehearing is overruled.